Jeffrey M. Lenkov (State Bar No. 156478)
  jml@manningllp.com
Lyle Chan (State Bar No. 299037)
  lmc@manningllp.com
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendant, IKEA U.S. WEST, INC.
(erroneously also sued as IKEA NORTH AMERICA
CAPITAL, INC.)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERIMIE LEWCZUK, an Individual,<br><br>                Plaintiff,<br><br>        v.<br><br>IKEA U.S. WEST, INC. a Delaware<br>Corporation; IKEA NORTH<br>AMERICA CAPITAL, INC., a<br>California Corporation; IKEA, a<br>business organization, form unknown;<br>IKEA HOLDINGS, U.S., INC., a<br>business organization, form unknown;<br>and DOES 1 TO 50, Inclusive,<br><br>                Defendant. | Case No.<br><br>**DEFENDANT IKEA U.S. WEST'S**<br>**NOTICE OF REMOVAL OF**<br>**ACTION UNDER 28 U.S.C.**<br>**§1441(b); AND DECLARATION OF**<br>**LYLE CHAN IN SUPPORT**<br>**THEREOF; DEMAND FOR JURY**<br>**TRIAL** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant IKEA U.S. WEST, INC. ("Ikea"),

hereby removes to this Court the State Court action described below:

1.      On May 4, 2016, Plaintiff Jerimie Lewczuk filed this action in the Superior

Court of the State of California, County of Los Angeles, as Case No. BC 619094.

Attached hereto as Exhibit "A" is a true and correct copy of the Summons and

Complaint.

2.      On May 12, 2016, Plaintiff dismissed Defendant Ikea Holdings, U.S., Inc., as

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
Attorneys at Law

1   a Defendant.   A copy of the request for dismissal is attached hereto as Exhibit "B."

2   3.      On June 2, 2016, Ikea U.S. West, Inc. (also erroneously sued as Ikea North

3   America Capital, Inc.) filed its answer to the Complaint.  A true and correct copy of

4   this answer is attached hereto as Exhibit "C."

5   4.      This action is a civil action of which this Court has original jurisdiction under

6   28 U.S.C. §1332, and is one which may be removed to this Court by Defendant

7   Ikea, pursuant to the provisions of 28 U.S.C. §1441, in that it is a civil action

8   between citizens of different states and the matter in controversy exceeds the sum of

9   $75,000, exclusive of interest and costs.

10  5.      Diversity of the parties exists as Plaintiff Jerimie Lewczuk is a citizen of the

11  State of California.

12  6.      Defendant Ikea is an Delaware corporation with its headquarters and principal

13  place of business located in Conshohocken, PA.

14  7.      Plaintiff's lawsuit asserts causes of action against Ikea for premises liability,

15  general negligence and products liability.  In Plaintiff's Statement of Damages,

16  served along with the Summons and Complaint on May 5, 2016, Plaintiff seeks

17  $1,000,000 for pain, suffering and inconvenience; $17,852.93 in medical expenses

18  to date, and undetermined amounts for future medical expenses, loss of earnings and

19  loss of future earnings.  A true and correct copy of this Statement of Damages is

20  attached hereto as Exhibit "D."

21  8.      Thus, the amount in controversy in this action exceeds the $75,000

22  jurisdictional limit established by 28 U.S.C. §1332(a).

23  Dated: June 3, 2016                MANNING & KASS
24                                     ELLROD, RAMIREZ, TRESTER LLP

25                                     By:

26                                         Jeffrey M. Lenkov
27                                         Lyle Chan
                                           Attorneys for Defendant, IKEA U.S. WEST,
28                                         INC. (erroneously also sued as IKEA
                                           NORTH AMERICA CAPITAL, INC.)

2
NOTICE OF REMOVAL

# DECLARATION OF LYLE CHAN

I, Lyle Chan, declare that:

1.      I am a member of the State Bar of California and duly admitted to practice before this court.  I am an associate of Manning & Kass, Ellrod, Ramirez, Trester, LLP, counsel of record for Defendant Ikea US West, Inc.  The facts declared herein are true of my own knowledge and, if called upon to testify, I could and would testify competently thereto.

2.      On May 4, 2016, Plaintiff Jerimie Lewczuk filed this action in the Superior Court of the State of California, County of Los Angeles, as Case No. BC 619094. Attached hereto as Exhibit "A" is a true and correct copy of the Summons and Complaint.

3.      On May 12, 2016, Plaintiff dismissed Defendant Ikea Holdings, U.S., Inc., as a Defendant.   A copy of the request for dismissal is attached hereto as Exhibit "B."

4.      On June 2, 2016, Ikea U.S. West, Inc. (also erroneously sued as Ikea North America Capital, Inc.) filed its answer to the Complaint.  A true and correct copy of this answer is attached hereto as Exhibit "C."

5.      This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1332, and is one which may be removed to this Court by Defendant Ikea, pursuant to the provisions of 28 U.S.C. §1441, in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

6.      Diversity of the parties exists as Plaintiff Jerimie Lewczuk is a citizen of the State of California.

7.      Defendant Ikea is an Delaware corporation with its headquarters and principal place of business located in Conshohocken, PA.

8.      Plaintiff's lawsuit asserts causes of action against Ikea for premises liability, general negligence and products liability.  In Plaintiff's Statement of Damages, served along with the Summons and Complaint on May 5, 2016, Plaintiff seeks

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
ATTORNEYS AT LAW

1    $1,000,000 for pain, suffering and inconvenience; $17,852.93 in medical expenses

2    to date, and undetermined amounts for future medical expenses, loss of earnings and

3    loss of future earnings.  A true and correct copy of this Statement of Damages is

4    attached hereto as Exhibit "D."

5    9.      Thus, the amount in controversy in this action exceeds the $75,000

6    jurisdictional limit established by 28 U.S.C. §1332(a).

7      I declare under penalty of perjury under the laws of the United States of

8    America that the foregoing is true and correct and that this declaration was executed

9    at Los Angeles, California on June 3, 2016.

 

Lyle Chan

NOTICE OF REMOVAL

MANNING&KASS
ELLROD, RAMIREZ, TRESTER LLP
ATTORNEYS AT LAW

1

## DEMAND FOR JURY TRIAL

2       Defendant IKEA U.S. WEST, INC, hereby demands trial of this matter by

3  jury.

4

5  Dated: June 3, 2016                 MANNING & KASS
                                       ELLROD, RAMIREZ, TRESTER LLP
6

7                                      By:
                                          Jeffrey M. Lenkov
8                                         Lyle Chan
                                          Attorneys for Defendant, IKEA U.S. WEST,
9                                         INC. (erroneously also sued as IKEA
                                          NORTH AMERICA CAPITAL, INC.)
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

5/5/16   12:12PM

## SUMMONS
### *(CITATION JUDICIAL)*

**SUM-100**

**NOTICE TO DEFENDANT:**   IKEA U.S. WEST, INC., a Delaware Corporation;
*(AVISO AL DEMANDADO):* IKEA NORTH AMERICA CAPITAL, INC., a
California Corporation; IKEA, a business organization, form unknown; IKEA
HOLDINGS, U.S., INC., a business organization, form; and DOES 1 to 50,
Inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**   JERIMIE LEWCZUK, an
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*   Individual

*FOR COURT USE ONLY*
*(SOLO PARA USO DE LA CORTE)*

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

MAY 0 4 2016

Sherri R. Carter, Executive Officer/Clerk
By: _____, Deputy
Ishayla Chambers

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.
*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*

LOS ANGELES SUPERIOR COURT - UNLIMITED
111 N. Hill Street
Los Angeles, CA 90012
STANLEY MOSK COURTHOUSE

**CASE NUMBER:**
*(Número del Caso):*

**BC 6 1 9 0 9 4**

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

Paul S. Zuckerman, Esq. (SBN 155539)                                      310/273-1230          310/858-1063
CARPENTER, ZUCKERMAN & ROWLEY, LLP
8827 West Olympic Boulevard
Beverly Hills, CA 90211

DATE:                                                        SHERRI R. CARTER          Clerk, by _____, Deputy
*(Fecha)*          MAY 0 4 2016                          *(Secretario)*                          Ishayla Chambers          *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

1. [ ] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify):*
3. [✓] on behalf of *(specify):*   IKEA NORTH AMERICA INC, Capital
   A CALIFORNIA CORPORATION

   under: [✓] CCP 416.10 (corporation)                [ ] CCP 416.60 (minor)
          [ ] CCP 416.20 (defunct corporation)        [ ] CCP 416.70 (conservatee)
          [ ] CCP 416.40 (association or partnership)  [ ] CCP 416.90 (authorized person)
          [ ] other *(specify):*
4. [✓] by personal delivery on *(date):*   5/5/16

**[SEAL]**

**SUMMONS**

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

Legal
Solutions
& Plus

Page 1 of 1

Code of Civil Procedure §§ 412.20, 465

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Paul S. Zuckerman, Esq. (SBN 155539)<br>CARPENTER, ZUCKERMAN & ROWLEY, LLP<br>8827 West Olympic Boulevard<br>8827 West Olympic Boulevard<br>Beverly Hills, CA 90211<br>TELEPHONE NO: 310/273-1230   FAX NO. (Optional): 310/858-1063<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Plaintiff | CONFORMED COPY<br>ORIGINAL FILED<br>Superior Court of California<br>County of Los Angeles<br><br>MAY 0 4 2016<br><br>Sherri R. Carter, Executive Officer/Clerk<br>By Shoyla Chambers, Deputy<br>Ishayla Chambers |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 111 N. Hill Street
MAILING ADDRESS: 111 N. Hill Street
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: STANLEY MOSK COURTHOUSE

PLAINTIFF: JERIMIE LEWCZUK, an Individual

DEFENDANT: IKEA U.S. WEST, INC., a Delaware Corporation; IKEA NORTH AMERICA CAPITAL, INC., a California Corporation; IKEA, a business organization, form unknown; IKBA HOLDINGS, U.S., INC., a business organization, form unknown; and
[X] DOES 1 TO   50, Inclusive

| COMPLAINT—Personal Injury, Property Damage, Wrongful Death | |
|---|---|
| [ ] AMENDED (Number): | |

Type (check all that apply):
[ ] MOTOR VEHICLE   [X] OTHER (specify): PREMISES LIABILITY; PRODUCTS LIABILITY
  [X] Property Damage   [ ] Wrongful Death   GENERAL NEGLIGENCE
  [X] Personal Injury   [X] Other Damages (specify): LOSS OF
FUTURE EARNINGS AND MEDICAL EXPENSES

| Jurisdiction (check all that apply): | CASE NUMBER: |
|---|---|
| [ ] ACTION IS A LIMITED CIVIL CASE<br>Amount demanded [ ] does not exceed $10,000<br>[ ] exceeds $10,000, but does not exceed $25,000<br>[X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)<br>[ ] ACTION IS RECLASSIFIED by this amended complaint<br>[ ] from limited to unlimited<br>[ ] from unlimited to limited | BC 6 1 9 0 9 4 |

1. Plaintiff (name or names): JERIMIE LEWCZUK, an Individual

alleges causes of action against defendant (name or names): IKEA U.S. WEST, INC., a Delaware Corporation; IKEA NORTH AMERICA CAPITAL, INC., a California Corporation; IKEA, a business organization, form unknown; IKBA HOLDINGS, U.S., INC., a business organization, form unknown;

2. This pleading, including attachments and exhibits, consists of the following number of pages: 6   and DOES 1 to 50, Inclusive

3. Each plaintiff named above is a competent adult
   a. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):

   b. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):

   [ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 (Rev. January 1, 2007)

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Legal
Solutions
Plus

Code of Civil Procedure, § 425.12

PLD-PI-001

| SHORT TITLE: LEWCZUK v: IKEA U.S. WEST, INC., et al. | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff (name):
   is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☒ except defendant (name): IKEA U.S. WEST,
      INC.

      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☒ other (specify):   a Delaware Corporation


   c. ☒ except defendant (name): IKEA

      (1) ☒ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):


   b. ☒ except defendant (name):   IKEA NORTH
      AMERICA CAPITAL, INC.

      (1) ☐ a business organization, form unknown
      (2) ☒ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):


   d. ☒ except defendant (name):   IKEA HOLDINGS,
      U.S., INC.

      (1) ☒ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):


   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☒ Doe defendants (specify Doe numbers): 1-50 _____ were the agents or employees of other
      named defendants and acted within the scope of that agency or employment.
   b. ☒ Doe defendants (specify Doe numbers): 1-50 _____ are persons whose capacities are unknown to
      plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):


8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other (specify):


9. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because (specify):

PLD-PI-001

| SHORT TITLE: LEWCZUK v. IKEA U.S. WEST, INC., et al. | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*

- a. ☐ Motor Vehicle
- b. ☒ General Negligence
- c. ☐ Intentional Tort
- d. ☒ Products Liability
- e. ☒ Premises Liability
- f. ☐ Other *(specify):*

11. Plaintiff has suffered

- a. ☒ wage loss
- b. ☒ loss of use of property
- c. ☒ hospital and medical expenses
- d. ☒ general damage
- e. ☒ property damage
- f. ☒ loss of earning capacity
- g. ☒ other damage *(specify):*

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are

- a. ☐ listed in Attachment 12.
- b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for

- a. (1) ☒ compensatory damages
-    (2) ☐ punitive damages
   The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
-    (1) ☒ according to proof
-    (2) ☒ in the amount of: $ OVER $25,000.00

15. ☒ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):* PREM.L-1; PREM.L-2; PREM.L-5; PROD.L-1; PROD.L-2; PROD.L-3; PROD.L-4; PROD.L-5; PROD.L-6; and GN-1

16.   **DEMAND FOR JURY TRIAL** PLAINTIFF HEREBY DEMANDS A TRIAL BY JURY IN ALL THE AFOREMENTIONED MATTERS.p

Date:   February 3, 2016

Paul S. Zuckerman, Esq.
_____
(TYPE OR PRINT NAME)                                                         (SIGNATURE OF PLAINTIFF OR ATTORNEY)

COMPLAINT—Personal Injury, Property
Damage, Wrongful Death

PLD-PI-001(4)

| SHORT TITLE: LEWCZUK v. IKEA U.S. WEST, INC., et al. | CASE NUMBER: |
|---|---|

<u>FIRST</u> _____   CAUSE OF ACTION—Premises Liability       Page  4 _____
(number)

ATTACHMENT TO  [x] Complaint  [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

Prem.L-1.  Plaintiff *(name):*  JERIMIE LEWCZUK, an Individual
alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.
On *(date):*  JUNE 28, 2014       plaintiff was injured on the following premises in the following

fashion *(description of premises and circumstances of injury):*
Plaintiff sustained injuries  as a result of dangerous conditions on Defendants' property  located at 848 S.
Barranca Avenue, Covina, CA 91723, namely a chair on display, causing injuries and damages to
plaintiff in an amount  to be proven at the time of trial. Defendants, and each of them, are responsible for
their failure to provide a safe, suitable and adequate premises and/or seating. Plaintiff is informed and
believes and thereon alleges that said hazardous, dangerous conditions were caused by Defendants, and
each of them, and/or the dangerous condition existed for a sufficient time prior to the incident for
Defendants to have corrected, removed, and/or warned Plaintiff of the existence of said conditions, which
Defendants negligently and carelessly failed to do, causing serious injuries to Plaintiff. Defendants had
actual and/or constructive notice of said dangerous conditions.

Prem.L-2.   [x] Count One--Negligence  The defendants who negligently owned, maintained,  managed and operated
the described premises were *(names):*  IKEA U.S. WEST, INC., a Delaware Corporation; IKEA
NORTH AMERICA CAPITAL, INC., a California Corporation; IKEA, a business organization,
form unknown; IKEA HOLDINGS, U.S., INC., a business organization, form unknown; and
[x] Does 1 ___ to 50 _____

Prem.L-3.   [ ] Count Two--Willful Failure to Warn  [Civil Code section 846]  The defendant owners who willfully
or maliciously failed to guard or warn against a dangerous condition, · use,  structure,  or activity were
*(names):*

[ ] Does _____ to _____
Plaintiff, a recreational user, was  [ ] an invited guest  [ ] a paying guest.

Prem.L-4.   [ ] Count Three--Dangerous Condition of Public Property  The defendants who owned public property
on which a dangerous condition existed were *(names):*

[ ] Does _____ to _____
a. [ ]  The defendant public entity had  [ ] actual   [ ] constructive notice of the existence of the
dangerous condition in sufficient time prior to the injury to have corrected it.
b. [ ]  The condition was created by employees of the defendant public entity.

Prem.L-5.  a. [x]  Allegations about Other Defendants  The defendants who were the agents and employees of the
other defendants and acted within the scope of the agency were *(names):* IKEA U.S. WEST, INC., a Delaware
Corporation; IKEA NORTH AMERICA CAPITAL, INC., a California Corporation; IKEA, a business organization, form
unknown; IKEA HOLDINGS, U.S., INC., a business organization, form unknown; and
[x] Does 1 ___ to 25 _____

b. [x] The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are
[ ] described in attachment Prem.L-5.b  [x] as follows *(names):* Defendants, who failed to  provide a
safe, suitable and adequate premises are, IKEA U.S. WEST, INC., a Delaware Corporation; IKEA NORTH
AMERICA CAPITAL, INC., a California Corporation; IKEA, a business organization, form unknown; IKEA
HOLDINGS, U.S., INC., a business organization, form unknown; and DOES 1 to 50, Inclusive

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(4) [Rev. January 1, 2007]
CAUSE OF ACTION—Premises Liability       Legal
Solutions
Plus       Code of Civil Procedure, § 425.12

PLD-PI-001(2)

| SHORT TITLE:   LEWCZUK v. IKEA U. S. WEST, INC., et al.☆ | CASE NUMBER: |
|---|---|

<u>SECOND</u>    **CAUSE OF ACTION—General Negligence**     Page  5
    *(number)*

ATTACHMENT TO  [x] Complaint  [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name)*:    JERIMIE LEWCZUK, an Individual

alleges that defendant *(name)*:    IKEA U.S. WEST, INC., a Delaware Corporation; IKEA NORTH AMERICA CAPITAL, INC., a California Corporation; IKEA, a business organization, form unknown; IKEA HOLDINGS, U.S., INC., a business organization, form unknown; and

[x] Does   1   to 50. Inclusive

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date)*:    JUNE 28, 2014
at *(place)*:    848 S. BARRANCA AVENUE, COVINA, CA 91723

*(description of reasons for liability)*:
Defendants, and each of them, by their acts or omissions to act, negligently caused the injuries to Plaintiff which occurred on or about June 28, 2014, when Plaintiff sat on a chair displayed in the showroom which broke and/or malfunctioned, thereby, causing injuries and damages in an amount to be proven at the time of trial. The subject chair at the subject address is inherently dangerous for the intended use. Plaintiff sustained serious injuries and incurred damages as direct result of the negligence of defendants in installing, constructing, maintaining, inspecting, repairing, managing, supervising, controlling and/or operating the premises and subject chair located at  848 S. Barranca Avenue, Covina, CA 91723; including, but not limited to fixtures and appliances, entrance and exit ways, surrounding parking lots and alleys, aisles, floors, stairs, steps,  gates and any other surfaces and areas upon which individuals may move about; negligently hiring, training, supervising, controlling and/or monitoring employees and agents responsible for the maintenance, inspections, repairing, supervision, control and operations; failing to provide a safe, suitable and adequate premises for individuals using said premises.  Plaintiff is informed and believes and thereon alleges that said hazardous, dangerous conditions were caused and created by Defendants, and each of them, and/or existed for a sufficient time prior to the incident for Defendants to have corrected, removed, and/or warned Plaintiff of the existence of said conditions, which Defendants negligently and carelessly failed to do, causing serious injuries to Plaintiff.  Defendants also failed to warn Plaintiff of the risks and dangers of which Defendants created or knew, or in the existence of reasonable care should have known, and which were unknown and not readily apparent to Plaintiff.  Defendants' failure to warn was a direct legal cause of Plaintiff's injuries and damages.  Defendants had actual and/or constructive notice of said dangerous conditions.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]
    **CAUSE OF ACTION—General Negligence**     Code of Civil Procedure 425.12

Legal
Solutions
Plus

PLD-PI-001(5)

| SHORT TITLE:  LEWCZUK v. IKEA U.S. WEST, INC., et al. | CASE NUMBER: |

<u>THIRD</u>_____  CAUSE OF ACTION—Products Liability          Page <u>6</u>_____
    (number)

ATTACHMENT TO [ X ] Complaint [ ] Cross-Complaint
*(Use a separate cause of action form for each cause of action.)*

Plaintiff *(name)*:  JERIMIE LEWCZUK, an Individual

Prod. L-1.  On or about *(date)*:  June 28, 2014          plaintiff was injured by the following product:
        Chair in defendants' showroom.

Prod. L-2.  Each of the defendants knew the product would be purchased and used without inspection for defects.
        The product was defective when it left the control of each defendant.  The product at the time of injury
        was being
        [ X ]  used in the manner intended by the defendants.
        [ X ]  used in a manner that was reasonably foreseeable by defendants as involving a substantial danger not
            readily apparent.  Adequate warnings of the danger were not given.

Prod. L-3.  Plaintiff was a
        [ X ]  purchaser of the product.                [ X ]  user of the product.
        [ X ]  bystander to the use of the product.        [ ]  other *(specify)*:

PLAINTIFF'S INJURY WAS THE LEGAL (PROXIMATE) RESULT OF THE FOLLOWING:

Prod. L-4.  [ X ]  Count One—Strict liability of the following defendants who
        a. [ X ]  manufactured or assembled the product *(names)*:  IKEA U.S. WEST, INC., a Delaware Corporation; IKEA NORTH
            AMERICA CAPITAL, INC., a California Corporation; IKEA, a business organization, form unknown; IKEA HOLDINGS, U.S., INC., a
            business organization, form unknown; and
                [ X ]  Does 1_____ to 50_____
        b. [ X ]  designed and manufactured component parts supplied to the manufacturer *(names)*:
            IKEA U.S. WEST, INC., a Delaware Corporation; IKEA NORTH AMERICA CAPITAL, INC., a California Corporation; IKEA, a
            business organization, form unknown; IKEA HOLDINGS, U.S., INC., a business organization, form unknown; and
                [ X ]  Does 1_____ to 50_____
        c. [ X ]  sold the product to the public *(names)*: IKEA U.S. WEST, INC., a Delaware Corporation; IKEA NORTH AMERICA
            CAPITAL, INC., a California Corporation; IKEA, a business organization, form unknown; IKEA HOLDINGS, U.S., INC., a business
            organization, form unknown; and
                [ X ]  Does 1_____ to 50_____

Prod. L-5.  [ X ]  Count Two—Negligence of the following defendants who owed a duty to plaintiff *(names)*:
        IKEA U.S. WEST, INC., a Delaware Corporation; IKEA NORTH AMERICA CAPITAL, INC., a California Corporation; IKEA, a business
        organization, form unknown; IKEA HOLDINGS, U.S., INC., a business organization, form unknown; and
                [ X ]  Does 1_____ to 50_____

Prod. L-6.  [ X ]  Count Three—Breach of warranty by the following defendants *(names)*: IKEA U.S. WEST, INC., a Delaware
        Corporation; IKEA NORTH AMERICA CAPITAL, INC., a California Corporation; IKEA, a business organization, form unknown; IKEA
                HOLDINGS, U.S., INC., a business organization, form
                [ X ]  Does 1_____ to 50_____          unknown; and
        a. [ X ]  who breached an implied warranty
        b. [ X ]  who breached an express warranty which was
            [ X ]  written [ X ]  oral

Prod. L-7.  [ ]  The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
        [ ]  listed in Attachment-Prod. L-7  [ ]  as follows:

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(5) [Rev. January 1, 2007]          CAUSE OF ACTION—Products Liability          Legal
                                Solutions
                                & Plus          Code of Civil Procedure, § 425.12

# EXHIBIT B

CIV-110

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>Paul S. Zuckerman, Esq. (SBN 155539)<br>CARPENTER, ZUCKERMAN & ROWLEY, LLP<br>8827 West Olympic Boulevard<br>8827 West Olympic Boulevard<br>Beverly Hills, CA 90211<br>TELEPHONE NO: 310/273-1230       FAX NO. (Optional): 310/858-1063<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Plaintiff | FOR COURT USE ONLY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  LOS ANGELES
STREET ADDRESS: 111 N. Hill Street
MAILING ADDRESS: 111 N. Hill Street
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: STANLEY MOSK COURTHOUSE

RECEIVED
MAY 1 2 2016
FILING WINDOW

PLAINTIFF/PETITIONER:  JERIMIE LEWCZUK, an Individual

DEFENDANT/RESPONDENT:  IKEA U.S. WEST, INC., et al.

| REQUEST FOR DISMISSAL | CASE NUMBER:<br>BC619094 |
|---|---|

A conformed copy will not be returned by the clerk unless a method of return is provided with the document.

This form may not be used for dismissal of a derivative action or a class action or of any party or cause of action in a class action. (Cal. Rules of Court, rules 3.760 and 3.770.)

1. TO THE CLERK: Please dismiss this action as follows:
   a. (1) ☐ With prejudice  (2) ☒ Without prejudice
   b. (1) ☐ Complaint  (2) ☐ Petition
      (3) ☐ Cross-complaint filed by (name):                          on (date):
      (4) ☐ Cross-complaint filed by (name):                          on (date):
      (5) ☐ Entire action of all parties and all causes of action
      (6) ☒ Other (specify):* as to Defendant, IKEA HOLDINGS, U.S., INC., a business organization, form "only"

2. (Complete in all cases except family law cases.)
   The court ☐ did  ☒ did not waive court fees and costs for a party in this case. (This information may be obtained from the clerk. If court fees and costs were waived, the declaration on the back of this form must be completed.)

Date: May 12, 2016

Paul S. Zuckerman, Esq. (SBN 155539)
(TYPE OR PRINT NAME OF ☒ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)

Attorney or party without attorney for: Jerimie Lewczuk

*If dismissal requested is of specified parties only of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.

☒ Plaintiff/Petitioner  ☐ Defendant/Respondent
☐ Cross-Complainant

3. TO THE CLERK: Consent to the above dismissal is hereby given.**
   Date:

(TYPE OR PRINT NAME OF ☐ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)

Attorney or party without attorney for:

** If a cross-complaint—or Response (Family Law) seeking affirmative relief—is on file, the attorney for cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581 (i) or (j).

☐ Plaintiff/Petitioner  ☐ Defendant/Respondent
☐ Cross-Complainant

(To be completed by clerk.)
4. ☐ Dismissal entered as requested on (date):
5. ☐ Dismissal entered on (date):                     as to only (name):
6. ☐ Dismissal not entered as requested for the following reasons (specify):

7. a. ☐ Attorney or party without attorney notified on (date):
   b. ☐ Attorney or party without attorney not notified. Filing party failed to provide
       ☐ a copy to be conformed ☐ means to return conformed copy
   Date:                                    Clerk, by _____, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
CIV-110 [Rev. Jan. 1, 2013]

REQUEST FOR DISMISSAL

Legal
Solutions
& Plus

Code of Civil Procedure, § 581 et seq.;
Gov. Code, § 68637(c); Cal. Rules of Court, rule 3.1390

Page 1 of 2

**PROOF OF SERVICE**

STATE OF CALIFORNIA            ]
                               ]ss.
COUNTY OF LOS ANGELES          ]

 I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 8827 West Olympic Boulevard, Beverly Hills, CA 90211-3613.

 On May 17, 2016, I served the foregoing document described as **REQUEST FOR DISMISSAL** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Robert P. Wargo, Esq.
MANNING & KASS ELLROD, RAMIREZ, TRESTER LLP
801 S. Figueroa Street, 15th Floor
Los Angeles, CA 90017

 I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Beverly Hills, California.  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Beverly Hills, California, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

 I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

 Executed on May 17, 2016, at Beverly Hills, California.

Mercedes Branham

Carpenter,
Zuckerman
&
Rowley
LLP

5/17/16 8:48am

# EXHIBIT C

1  Jeffrey M. Lenkov (State Bar No. 156478)
      *jml@manningllp.com*
2  Lyle Chan (State Bar No. 299037)
      *lmc@manningllp.com*
3  **MANNING & KASS**
   **ELLROD, RAMIREZ, TRESTER LLP**
4  801 S. Figueroa St, 15ᵗʰ Floor
   Los Angeles, California 90017-3012
5  Telephone: (213) 624-6900
   Facsimile: (213) 624-6999
6
7  Attorneys for Defendant, IKEA U.S. WEST, INC.
   (erroneously also sued as IKEA NORTH AMERICA CAPITAL, INC.)



CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

JUN 02 2016

Sherri R. Carter, Executive Officer/Clerk
By Cristina Grijalva, Deputy

8
9        **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

10        **COUNTY OF LOS ANGELES, CENTRAL DISTRICT**

11
12  JERIMIE LEWCZUK, an Individual,          Case No. BC619094
                                            [Assigned to Dept 91, Hon. David Sotelo]
            Plaintiff,
13
          v.                                **ANSWER TO UNVERIFIED**
14                                          **COMPLAINT; DEMAND FOR JURY**
    IKEA U.S. WEST, INC. a Delaware         **TRIAL**
15  Corporation; IKEA NORTH AMERICA
    CAPITAL, INC., a California Corporation; Action Filed:        May 4, 2016
16  IKEA, a business organization, form      Trial: 11/6/17
    unknown; IKEA HOLDINGS, U.S., INC., a
17  business organization, form unknown; and
    DOES 1 TO 50, Inclusive,
18
            Defendant.
19

20         COMES NOW Defendant, IKEA US WEST, INC. (erroneously also sued as IKEA NORTH

21  AMERICA CAPITAL, INC.), and answering the unverified complaint on file herein, alleges as

22  follows:

23  1.       Under the provisions of the Code of Civil Procedure § 431.30 , each and every allegation,

24  and all the allegations, and each cause of action in the Complaint, and the whole thereof, is denied;

25  and it is expressly denied that as a direct and proximate result of any act or omission on the part of

26  this answering defendant, that plaintiff sustained injury or damage in the amount alleged, or in any

27  amount, or amounts, or at all.

28

---
1
ANSWER TO UNVERIFIED COMPLAINT; DEMAND FOR JURY TRIAL

*Left margin vertical text:* MANNING & KASS ELLROD, RAMIREZ, TRESTER LLP Attorneys at Law

**FIRST AFFIRMATIVE DEFENSE**

2.    AS A FIRST AND SEPARATE AFFIRMATIVE DEFENSE to the Complaint and each cause of action thereof, this answering defendant alleges by way of a plea of comparative negligence that the plaintiff was negligent in and about the matters and activities alleged in the Complaint, that said negligence contributed to and was a proximate cause of the alleged injuries and damages, if any, and that if this defendant is found to have been negligent, and if the plaintiff is entitled to recover damages against this answering defendant by virtue of the Complaint, this defendant prays that said recovery be diminished by reason of the negligence of the plaintiff in proportion to the degree of fault attributable to the plaintiff.

**SECOND AFFIRMATIVE DEFENSE**

3.    AS A SECOND AND SEPARATE AFFIRMATIVE DEFENSE to the Complaint, and each cause of action thereof, this defendant alleges by way of a plea of comparative negligence that the plaintiff was negligent in and about the matters and activities alleged in the Complaint, that said negligence contributed to and was a proximate cause of the alleged injuries and damages, if any, or was the sole cause thereof, and that if the plaintiff is entitled to recover damages against this defendant by virtue of the Complaint, this defendant prays that said recovery be diminished or extinguished by reason of the negligence of the plaintiff in proportion to the degree of fault attributable to the plaintiff.

**THIRD AFFIRMATIVE DEFENSE**

4.    AS A THIRD AND SEPARATE AFFIRMATIVE DEFENSE to the Complaint and each cause of action thereof, this defendant alleges that the incident mentioned in the Complaint and the alleged damages and/or injuries, if any, sustained by plaintiff were directly and proximately caused and contributed to by the negligence of a third party(ies) in that the said third parties did not exercise proper or necessary care or control over plaintiff at about the time of the happening of the incident complained of.

MANNING&KASS
ELLROD, RAMIREZ, TRESTER LLP
ATTORNEYS AT LAW

### FOURTH AFFIRMATIVE DEFENSE

5.     AS A FOURTH AND SEPARATE AFFIRMATIVE DEFENSE to the Complaint, and each cause of action thereof, this defendant alleges that plaintiff had knowledge of the risks and hazards involved in the activity at the time and place of the alleged incident and voluntarily engaging therein thereby assumed the risks and hazards thereof.

### FIFTH AFFIRMATIVE DEFENSE

6.     AS A FIFTH AND SEPARATE AFFIRMATIVE DEFENSE to the Complaint and each cause of action thereof, this defendant alleges that if plaintiff is entitled to a joint judgment against this defendant and the remaining defendants, and each of them, this defendant prays that this Court order each of the judgment debtors to pay to plaintiff their proportionate share of the joint judgment, the judgment debtor's proportionate share having been determined by the trier of fact; and if this defendant is required to pay plaintiff a disproportionate share of any joint judgment, this defendant prays leave of this Court to seek contribution by motion against any other judgment debtor not paying the proportionate share allocated to any such defendant by the trier of fact.

### SIXTH AFFIRMATIVE DEFENSE

7.     AS A SIXTH AND SEPARATE AFFIRMATIVE DEFENSE to the Complaint and each cause of action thereof, this defendant alleges that plaintiff has failed to state facts sufficient to constitute a cause of action against defendant.

### SEVENTH AFFIRMATIVE DEFENSE

8.     AS A SEVENTH AND SEPARATE AFFIRMATIVE DEFENSE to the Complaint and each cause of action thereof this defendant alleges that the injuries sustained, if any, were either wholly or in part, negligently caused by persons, firms, corporations, or entities other than this answering defendant, and said negligence is either imputed to plaintiff, by reason of the relationship of said parties to plaintiff and/or said negligence comparatively reduces the percentage of negligence, if any, by this answering defendant.

MANNING&KASS
ELLROD, RAMIREZ, TRESTER LLP
Attorneys at Law

**EIGHTH AFFIRMATIVE DEFENSE**

9.     AS AN EIGHTH AND SEPARATE AFFIRMATIVE DEFENSE to the Complaint and each cause of action thereof, this answering defendant alleges that the Complaint, and all causes of action therein, are barred by the statute of limitations of the Code of Civil Procedure, including but not limited to C.C.P. §§ 337.1, 337.15, 338 and 340.

**NINTH AFFIRMATIVE DEFENSE**

10.     AS A NINTH AND SEPARATE AFFIRMATIVE DEFENSE, to the Complaint and each cause of action thereof, this defendant alleges that payments have heretofore been made on behalf of defendant to plaintiff in an amount to be proved at trial without any admission of liability or responsibility for the incident herein sued upon or the injuries alleged sustained. Defendant is, pursuant to Insurance Code § 11583, entitled to a credit in that amount against any settlement made or judgment rendered herein.

**TENTH AFFIRMATIVE DEFENSE**

11.     AS AN TENTH AND SEPARATE AFFIRMATIVE DEFENSE to the Complaint and each cause of action thereof, this defendant alleges that any injury, damage or loss suffered by plaintiff was proximately caused by plaintiff's failure to use reasonable means to prevent aggravation of plaintiff's conditions and to use reasonable means to mitigate damages to plaintiff.

**ELEVENTH AFFIRMATIVE DEFENSE**

12.     AS AN ELEVENTH AND SEPARATE AFFIRMATIVE DEFENSE to the Complaint and each cause of action thereof, this defendant alleges that liability, if any, for all non-economic damages shall be allocated in direct proportion to each tortfeasor's percentage of fault. Civil Code, § 1431, et seq.

**TWELFTH AFFIRMATIVE DEFENSE**

13.     AS A TWELFTH AND SEPARATE AFFIRMATIVE DEFENSE to the Complaint and

4

ANSWER TO UNVERIFIED COMPLAINT; DEMAND FOR JURY TRIAL

1 | each cause of action thereof, this defendant alleges that plaintiff has unreasonably failed to
2 | mitigate damages, if any.

3

4 | ### THIRTEENTH AFFIRMATIVE DEFENSE

5 | 14.    AS A THIRTEENTH AND SEPARATE AFFIRMATIVE DEFENSE to the Complaint
6 | and each cause of action thereof, this party was given no notice of any alleged dangerous
7 | condition on its property in time to rectify any such alleged condition prior to the injuries of the
8 | plaintiff.

9

10 | ### FOURTEENTH AFFIRMATIVE DEFENSE

11 | 15.    AS A FOURTEENTH AND SEPARATE AFFIRMATIVE DEFENSE to the Complaint
12 | and each cause of action thereof, this answering defendant had no actual or constructive
13 | knowledge of the alleged dangerous or unsafe condition which plaintiff claims caused her injures.

14

15 | ### FIFTEENTH AFFIRMATIVE DEFENSE

16 | 16.    AS A FIFTEENTH AND SEPARATE AFFIRMATIVE DEFENSE to the Complaint, and
17 | each cause of action thereof, this answering defendant alleges that this subject action is frivolous
18 | and plaintiff and her attorney are liable for sanctions pursuant to C.C.P. § 128.5 and § 128.7.

19

20 |         WHEREFORE, answering defendant prays that plaintiff take nothing by the Complaint;
21 | that answering defendant have judgment for costs of suit incurred herein; and for such further
22 | relief as this Court may deem just and proper.

23 | DATED:  June 2, 2016                    **MANNING & KASS**
24 |                                        **ELLROD, RAMIREZ, TRESTER LLP**

25 |                                        By: _____
26 |                                            Jeffrey M. Lenkov/Lyle Chan
                                               Attorneys for Defendant, IKEA U.S. WEST, INC.
27 |                                            (erroneously also sued as IKEA NORTH
                                               AMERICA CAPITAL, INC.)

28

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
Attorneys at Law

1

**DEMAND FOR JURY**

2

Defendant, IKEA US WEST, INC., hereby demands trial by jury.

3

4    DATED:  June 2, 2016

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

5

6

7    By: _____

8    Jeffrey M. Lenkov
     Lyle Chan

9    Attorneys for Defendant, IKEA U.S. WEST, INC.
     (erroneously also sued as IKEA NORTH

10   AMERICA CAPITAL, INC.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

6

MANNING&KASS
ELLROD, RAMIREZ, TRESTER LLP
ATTORNEYS AT LAW

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 801 S. Figueroa St, 15th Floor, Los Angeles, CA 90017-3012.

On June 2, 2016, I served true copies of the following document(s) described as **ANSWER TO UNVERIFIED COMPLAINT; DEMAND FOR JURY TRIAL** on the interested parties in this action as follows:

Paul S. Zuckerman, Esq.
Carpenter, Zuckerman & Rowley, LLP
8827 W. Olympic Boulevard
Beverly Hills, CA 90211
Tel: 310-273-1230
Fax: 310-858-1063
*Attorneys for Plaintiff, JERIMIE LEWCZUK*

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Manning & Kass, Ellrod, Ramirez, Trester LLP for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 2, 2016, at Los Angeles, California.

Elizabeth Splorza

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
ATTORNEYS AT LAW

# EXHIBIT D

CIV-050

**- DO NOT FILE WITH THE COURT -**
**- UNLESS YOU ARE APPLYING FOR A DEFAULT JUDGMENT UNDER CODE OF CIVIL PROCEDURE § 585 -**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: 310/273-1230 | FOR COURT USE ONLY |
|---|---|---|
| Paul S. Zuckerman, Esq. (SBN 155539) CARPENTER, ZUCKERMAN & ROWLEY, LLP 8827 West Olympic Boulevard 8827 West Olympic Boulevard Beverly Hills, CA 90211 | | |

ATTORNEY FOR (name):   Plaintiff

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF   LOS ANGELES**
STREET ADDRESS:   111 N. Hill Street
MAILING ADDRESS:   111 N. Hill Street
CITY AND ZIP CODE:   Los Angeles, CA 90012
BRANCH NAME:   STANLEY MOSK COURTHOUSE

PLAINTIFF:   JERIMIE LEWCZUK
DEFENDANT:   IKEA U.S. WEST, INC., et al.

| STATEMENT OF DAMAGES (Personal Injury or Wrongful Death) | CASE NUMBER: BC619094 |
|---|---|

To (name of one defendant only):   IKEA U.S. WEST, INC., a Delaware Corporation
Plaintiff (name of one plaintiff only):   JERIMIE LEWCZUK, an Individual
seeks damages in the above-entitled action, as follows:

**1. General damages**

                                                      **AMOUNT**

  a. [x] Pain, suffering, and inconvenience .......................................... $ 1,000,000.00

  b. [ ] Emotional distress ..................................................... $ _____

  c. [ ] Loss of consortium ................................................... $ _____

  d. [ ] Loss of society and companionship (wrongful death actions only) ......... $ _____

  e. [x] Other (specify) INTEREST AS PERMITTED BY THE LAW .................... $ UNDETERMINED

  f. [ ] Other (specify) ..................................................... $ _____

  g. [ ] Continued on Attachment 1.g.

**2. Special damages**

  a. [x] Medical expenses (to date) ............................................ $ 17,852.93

  b. [ ] Future medical expenses (present value) ................................ $ UNDETERMINED

  c. [x] Loss of earnings (to date) ............................................ $ UNDETERMINED

  d. [x] Loss of future earning capacity (present value) ........................ $ UNDETERMINED

  e. [ ] Property damage ..................................................... $ _____

  f. [ ] Funeral expenses (wrongful death actions only) ......................... $ _____

  g. [ ] Future contributions (present value) (wrongful death actions only) ....... $ _____

  h. [ ] Value of personal service, advice, or training (wrongful death actions only) ... $ _____

  i. [ ] Other (specify) ..................................................... $ _____

  j. [ ] Other (specify) ..................................................... $ _____

  k. [ ] Continued on Attachment 2.k.

**3.** [ ] **Punitive damages:** Plaintiff reserves the right to seek punitive damages in the amount of (specify) ..$ _____
        when pursuing a judgment in the suit filed against you.

Date: February 3, 2016

Paul S. Zuckerman, Esq. (SBN 155539)
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

(Proof of service on reverse)

Form Adopted for Mandatory Use
Judicial Council of California
CIV-050 [Rev. January 1, 2007]

**STATEMENT OF DAMAGES**
(Personal Injury or Wrongful Death)

Legal
Solutions
Plus

Code of Civil Procedure, §§ 425.11, 425.115